SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983
555 Montgomery Street, Suite 720
San Francisco, California 94111-3910
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant
Universal Underwriters Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     v<br><br>RICK NOLEN dba ANY ANGLE CONSTRUCTION, and UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>           Defendants. | CASE NO. 2:11-CV-01733-KJM-EFB<br><br>STIPULATION TO SET ASIDE REQUEST FOR ENTRY OF DEFAULT; ORDER<br><br>DISCOVERY CUTOFF: None Set<br>MOTION CUTOFF:   None Set<br>TRIAL DATE:         None Set |

Plaintiff Navigators Insurance Company ("NAVIGATORS") and Defendant Universal Underwriters Insurance Company ("UNIVERSAL") by and through their counsel, stipulate to the entry of an order pursuant to FRCP 55(c) setting aside NAVIGATORS request for Clerk to Enter Default (Docket No. 10), filed September 13, 2011.

STIPULATED:

DATED: September 20, 2011          SELVIN WRAITH HALMAN LLP


By:  /s/ Gary R. Selvin (as authorized on 9/20/11)
GARY R. SELVIN
Attorneys for Plaintiff
Navigators Insurance Company


DATED: September 20, 2011          SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC


By:    /s/ Blaise S. Curet
BLAISE S. CURET
Attorneys for Defendant
Universal Underwriters Insurance Company


In light of the parties' stipulation, good cause appearing, and construing the stipulation as directed to the Clerk's entry of default, the court hereby orders that the Clerk's entry of default (ECF 13) is VACATED.


DATE: November 2, 2011.

UNITED STATES DISTRICT JUDGE

2