1  SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
   Blaise S. Curet, #124983
2  555 Montgomery Street, Suite 720
   San Francisco, California 94111-3910
3  Tel.: (415) 352-6200; Fax: (415) 352-6224

4  Attorneys for Defendant
   Universal Underwriters Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, | CASE NO. 2:11-CV-01733-KJM-EFB |
| Plaintiff, | STIPULATION TO SET ASIDE REQUEST FOR ENTRY OF DEFAULT; ORDER |
| v | |
| RICK NOLEN dba ANY ANGLE CONSTRUCTION, and UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | DISCOVERY CUTOFF: None Set<br>MOTION CUTOFF: None Set<br>TRIAL DATE: None Set |
| Defendants. | |

Plaintiff Navigators Insurance Company ("NAVIGATORS") and Defendant Universal Underwriters Insurance Company ("UNIVERSAL") by and through their counsel, stipulate to the entry of an order pursuant to FRCP 55(c) setting aside NAVIGATORS request for Clerk to Enter Default (Docket No. 10), filed September 13, 2011.

STIPULATED:

DATED: September 20, 2011          SELVIN WRAITH HALMAN LLP


                                   By:  /s/ Gary R. Selvin (as authorized on 9/20/11)
                                   GARY R. SELVIN
                                   Attorneys for Plaintiff
                                   Navigators Insurance Company


DATED: September 20, 2011          SINNOTT, PUEBLA,
                                   CAMPAGNE & CURET, APLC


                                   By:     /s/ Blaise S. Curet
                                   BLAISE S. CURET
                                   Attorneys for Defendant
                                   Universal Underwriters Insurance Company


In light of the parties' stipulation, good cause appearing, and construing the stipulation as directed to the Clerk's entry of default, the court hereby orders that the Clerk's entry of default (ECF 13) is VACATED.


DATE: November 2, 2011.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

2