IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>RICK NOLEN dba ANY ANGLE CONSTRUCTION, and UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>        Defendants. | CASE NO.: 2:11-cv-01733-KJM-EFB<br><br>Assigned to: Judge Kimberly J. Mueller<br>Courtroom 3, 15th Floor<br><br>Discovery Matters Assigned to:<br>Magistrate Judge Edmund F. Brennan<br>Courtroom 24, 8th Floor<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATE AND STAY THE ACTION DUE TO CONDITIONAL SETTLEMENT**<br><br>Complaint Filed: June 28, 2011<br>Trial Date: December 3, 2012 |

Based on the stipulation of the parties and good cause appearing, all dates are vacated, this action is stayed until April 24, 2013, and the Court sets a further status conference for May 2, 2013, unless the parties submit to a stipulated judgment prior to that date.

     IT IS SO ORDERED.

Dated;  June 14, 2012.

                                                                           UNITED STATES DISTRICT JUDGE