IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICK NOLEN dba ANY ANGLE CONSTRUCTION, and UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO.: 2:11-cv-01733-KJM-EFB<br><br>Assigned to: Judge Kimberly J. Mueller<br>Courtroom 3, 15th Floor<br><br>Discovery Matters Assigned to:<br>Magistrate Judge Edmund F. Brennan<br>Courtroom 24, 8th Floor<br><br>**JUDGMENT**<br><br>Complaint Filed:  June 28, 2011 |

Based on the stipulated facts, the court accepts the stipulation.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Navigators and against defendants rescinding the policy issued to Rick Nolen dba Any Angle Construction, all parties to bear their own attorneys' fees and costs.

Dated:   May 13, 2013.

_____
UNITED STATES DISTRICT JUDGE